UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN FLETCHER, et al., | No. 1:21-cv-00875-DAD |
| Appellants, | |
| v. | ORDER GRANTING THE PARTIES' JOINT REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION |
| RUSSELL REMINGTON FLETCHER, | |
| Appellee. | (Doc. No. 10) |

On April 5, 2022, the parties in this bankruptcy appeal action filed a notice of settlement to advise the court that they had reached a settlement of this action and the related adversary proceeding pending in bankruptcy court. (Doc. No. 9.) As provided for in the parties' settlement agreement, on April 27, 2022, the parties filed a joint request for voluntary dismissal of this action, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 10.)

Good cause appearing and as agreed to by the parties, the court orders as follows:

1. The parties' joint request for dismissal of this action, with prejudice, (Doc. No. 10) is granted;

/////

/////

1

1    2.    This action is dismissed with prejudice; and

2    3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 2, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE